**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Toni Kukoc
                     Plaintiff,

v.                                      Case No.: 1:23−cv−00261
                                          Honorable Sharon Johnson Coleman

Banca Svizzera Italiana, et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 20, 2025:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Oral arguments held on 3/20/2025 as to defendants' motion to dismiss [97]. The Court takes the matter under advisement. Case has been referred to Magistrate Judge Jantz for settlement conference. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.