**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TONI KUKOC,<br><br>Plaintiff,<br><br>v.<br><br>BANCA SVIZZERA ITALIANA and EFG INTERNATIONAL AG,<br><br>Defendants. | No. 1:23-CV-00261<br><br>**Judge Sharon Johnson Coleman**<br><br>**Magistrate Judge Beth W. Jantz** |

**PLAINTIFF'S UNOPPOSED MOTION**
**TO REVISE NAME OF PARTY AND CASE CAPTION**

Plaintiff Toni Kukoc ("Plaintiff") respectfully moves to revise the name of the party and case caption to refer to "BSI SA" in place of "Banca Svizzera Italiana." In support of this unopposed Motion, Plaintiff states as follows:

1. When this case was originally filed, Plaintiff believed based on the Swiss national commercial register and the contract between the parties that the proper name of the Defendant was "Banca Svizzera Italiana."

2. Counsel for Defendants informed counsel for Plaintiff that the proper name for the relevant entity is "BSI SA." Plaintiff therefore moves to revise the name of the Defendant appearing in the case caption from "Banca Svizzera Italiana" to "BSI SA."

3. Counsel for Defendants informed counsel for Plaintiff that Defendants do not oppose this motion.

WHEREFORE, Plaintiff requests that the Court revise the name of the party and case caption to refer to "BSI SA" in place of "Banca Svizzera Italiana."

Dated: August 28, 2026

Respectfully submitted,

*/s/ Sean M. Koller*

Scott F. Hessell (No. 6275119)
shessell@sperlingkenny.com
Sean M. Koller (No. 6324181)
skoller@sperlingkenny.com
SPERLING KENNY NACHWALTER LLC
321 North Clark Street
Chicago, IL 60654
Phone: 312-641-3200
Fax: 312-641-6492
*Attorneys for Plaintiff Toni Kukoc*

**CERTIFICATE OF SERVICE**

Sean M. Koller, an attorney, certifies that on August 28, 2026, he caused a copy of the foregoing to be filed via this Court's CM/ECF System, thereby causing a copy of the same to be served on all parties of record.

*/s/ Sean M. Koller*