**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Toni Kukoc

Plaintiff,

v.

Case No.: 1:23−cv−00261
Honorable Sharon Johnson Coleman

Banca Svizzera Italiana, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 31, 2026:

MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's unopposed motion to revise name of party and case caption [156] is granted. No appearance necessary on 9/2/2026. The Clerk of Court is directed to replace the name of defendant Banca Svizzera Italiana to BSI SA and to also correct the case caption with the proper name of defendant. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.